| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MIDDLEBROOKS SHAPIRO, P.C.<br>P.O. Box 1630<br>Belmar, New Jersey 07719-1630<br>(973) 218-6877<br>(973) 218-6878 (fax)<br>Joseph M. Shapiro, Esq.<br>jshapiro@middlebrooksshapiro.com<br>Proposed Counsel to R.C. Construction, LLC,<br>Chapter 11 Debtor and Debtor-in-Possession | |
| In Re:<br><br>R.C. CONSTRUCTION, LLC,<br><br>Chapter 11 Debtor and Debtor-in-Possession | Case No.: 25-19241-SLM<br><br>Chapter: 11<br><br>Hearing Date: _____<br><br>Judge: Stacey L. Meisel |

# APPLICATION FOR EXPEDITED CONSIDERATION
# OF FIRST DAY MATTERS

On **September 3, 2025**, the debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code. Counsel for the Debtor requests that the following relief be provided on a first day basis (check those that apply):

1.  ☐ Motion Seeking the Joint Administration of Multiple Debtor Bankruptcy Cases.

2.  ☐ Motion for an Order Authorizing the Debtor an Extension of Time Within Which to File Statements And Schedules.

3.  ☒ Motion for an Order Authorizing the Emergency or Interim Use of Cash Collateral or Debtor-In-Possession Financing Pending the Noticing and Scheduling of an Interim or Final Hearing For Financing Pursuant to Bankruptcy Code §§ 363 and 364 and Fed. R. Bankr. P. 4001.

4.  ☐ Motion for an Order Authorizing the Debtor to Maintain Existing Bank Accounts and Business Forms and Cash Management Procedures Providing the United States Trustee's Office with a 60 Day Period to Object to Said Order Before it Becomes a Final Order.

5.  ☐ Motion for an Order Authorizing a Debtor to Modify the Investment Guidelines Set Forth in Bankruptcy Code § 345 on an Interim Basis, Providing the United States Trustee's Office and Any Other Parties-In-Interest a 60-Day Period to Object to Said Order Before it Become A Final Order.

6.  ☐ Motion for an Order Authorizing the Debtor to Pay Prepetition Wages, Salaries, Compensation, Employee Benefits and Reimbursable Business Expenses Up To the Limits Set Forth in Bankruptcy Code § 507(A).

7.  ☐ Motion for an Order Authorizing the Debtor to Pay Prepetition Sales, Use, Payroll And Other Taxes That Are Otherwise Priority Claims Under Bankruptcy Code § 507.

8.  ☐ Motion for an Order Authorizing the Debtor to Continue Credit Card Facilities.

9.  ☐ Motion for an Order Authorizing the Debtor to Honor Certain Pre-Petition Customer Obligations, Deposits, Rebates, Etc.

10. ☐ Motion for an Order Authorizing the Debtor to Continue With and Pay Pre-Petition Outstanding Amounts Due on Various Insurance Policies.

11. ☐ Motion for an Order Authorizing Payment of Outstanding and Unpaid Pre-Petition Debt to Certain Vendors Who Provide Critical and Necessary Services and/or Products to the Debtor.

12. ☐ Motion for an Order Pursuant to Bankruptcy Code § 366 Regarding Adequate Assurance for the Future Performance for Utilities and Establishing Procedures for Determining Requests for Additional Adequate Assurance.

13. ☐ Motion for an Order Authorizing the Debtor to Retain a Claims and Noticing Agent.

14. ☐ Motion for an Order Establishing Noticing Procedures.

15. ☐ Others [Counsel should add all other motions for which it seeks consideration as a first day matter.]

Date: September 4, 2025                                     /s/ Joseph M. Shapiro
                                                            Signature

*rev.8/1/15*