UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
P.O. Box 1630
Belmar, New Jersey 07719-1630
Tel: (973) 218-6877
Fax: (973) 218-6878
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
Proposed Counsel to R.C. Construction LLC,
Chapter 11 Debtor and Debtor-in-Possession.

Order Filed on October 23, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

R.C. CONSTRUCTION LLC,

Chapter 11 Debtor and Debtor-in-Possession.

Case No.:     25-19241
Chapter:         11
Judge:

# ORDER AUTHORIZING RETENTION OF

## MIDDLEBROOKS SHAPIRO, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: October 23, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __Middlebrooks Shapiro, P.C.__ as __Counsel to the Chapter 11 Debtor__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: P.O. Box 1630
Belmar, New Jersey 07719-1630

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2